UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:10CV32 CDP |
| WELLINGTON CONCRETE, LLC, ) ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall comply with Local Rule 2.09 by filing a Certificate of Corporate Interest with the Court no later than **June 7, 2010**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2010.